IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

ROBERT WIRTZ, JR., )
    PLAINTIFF, )
)
V. ) No. 18-CV-599-GKF-FHM
)
SHERIFF, VIC REGALADO, ET. AL., )
    DEFENDANTS )

FILED
MAR 11 2020
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## PLAINTIFF'S MOTION FOR COURT TO DIRECT D.O.C. TO PROVIDE PLAINTIFF WITH HIS LEGAL FILES, ETC.

COMES NOW, PLAINTIFF, PRO-SE, AND RESPECTFULLY MOVES THE COURT TO DIRECT THE DEPARTMENT OF CORRECTIONS TO PROVIDE HIM WITH HIS LEGAL FILE IN THIS MATTER, AND, IN SUPPORT THEREOF, STATES:

1. THAT PLAINTIFF WAS RECENTLY TRANSFERRED TO NFCC IN SAYRE, OK WHERE HE IS HOUSED IN SEGREGATED HOUSING (SHU) AND NFCC OFFICIALS REFUSE TO PROVIDE HIM WITH HIS LEGAL FILES/MATERIALS IN THIS CAUSE, THOUGH DOC POLICY MANDATES SUCH PROVISION.

2. THAT ALTHOUGH PROCEEDINGS ARE STAYED, PLAINTIFF — A LAYMAN — MUST CONTINUE TO LEARN PROCEDURE FOR THE VARIOUS POTENTIAL OUTCOMES OF PENDING MOTIONS, INCLUDING APPELLATE PROCEDURE, TRIAL PREPARATION, DISCOVERY AND TRIAL PROCEDURES THAT HE IS COMPLETELY UNFAMILIAR WITH.

3. THAT HE IS UNABLE TO CONTACT OPPOSING COUNSEL REGARDING THIS MOTION BUT CANNOT IMAGINE ANY POSSIBLE OBJECTION TO THE COURT GRANTING PLAINTIFF'S REQUEST FOR ACCESS TO HIS OWN FILES, MATERIALS AND A LAW LIBRARY.

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF RESPECTFULLY ASKS THE COURT TO ISSUE ITS ORDER DIRECTING D.O.C. OFFICIALS TO PROVIDE PLAINTIFF WITH HIS LEGAL MATERIALS AND ACCESS TO A LAW LIBRARY SO THAT HE MAY CONTINUE TO PREPARE HIS CASE IN THIS MATTER.

RESPECTFULLY SUBMITTED THIS 8th DAY OF MARCH, 2020.

ROBERT WIRTZ, JR.

CERTIFICATE OF NOTICE

I HEREBY CERTIFY THAT ON THIS 8th DAY OF MARCH, 2020, I MAILED NOTICE OF THIS MOTION TO JO LYNN JETER, ESQ., AND MATTHEW S. KEHOE, ESQ., AT THEIR PUBLIC ADDRESSES, POSTAGE FULLY PREPAID.

ROBERT WIRTZ, JR.

Robert Wirtz #198927
NFCC 1605 E. Main
Sayre, OK 73662

OKLAHOMA CITY OK 730
09 MAR 2020 PM 3 L
Postmarked 3/9/20-5c

18-cv-599-GKF-FHM

Clerk of the Court
U.S. District Court, N.D., OK
333 West 4th Street
Tulsa, OK 74103

RECEIVED
MAR 11 2020
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

74103-388155