IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT WIRTZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> SHERIFF VIC REGALADO, in his official and individual capacity, *et al*. | ) ) ) ) ) ) ) ) ) ) ) Case No. 18-cv-599-GKF-FHM |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS TURN KEY HEALTH CLINICS, LLC AND DR. WILLIAM COOPER

Plaintiff, Robert Wirtz, Jr. ("Plaintiff"), and Defendants, Turn Key Health Clinics, LLC and Dr. William Cooper ("Defendants") (collectively "the Parties") respectfully submit this Joint Stipulation of Dismissal. In accordance with Fed. R. Civ. P. 41 and the agreement of the Parties, Plaintiff hereby dismisses his claims against Defendants in their entirety and *with prejudice* to the refiling thereof. This dismissal terminates this action as to Defendants Turn Key Health Clinics, LLC, and Dr. William Cooper. Each party is to bear its own attorneys' fees and costs.

Respectfully submitted,

_____
Joel L. Wohlgemuth, OBA #9811
Jo Lynn Jeter, OBA #20252
Barrett L. Powers, OBA #32485
NORMAN WOHLGEMUTH CHANDLER
JETER BARNETT & RAY, P.C.
401 South Boston Avenue
3200 Mid-Continent Tower
Tulsa, OK 74103-4023
Phone: (918) 583-7571
Fax:  (918) 584-7847
**ATTORNEYS FOR DEFENDANTS
TURN KEY HEALTH CLINICS, LLC
AND DR. WILLIAM COOPER**

_____
Kent Morlan, OBA # 6412
601 South Boulder, Suite 600
Tulsa, OK 74119
Phone: (918) 582-6422
Fax:   (918) 582-6106
**ATTORNEY FOR PLAINTIFF,
ROBERT WIRTZ, JR.**

_____
Robert Wirtz, Jr.
**PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 26th, 2020, I electronically transmitted the foregoing documents to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Michael Shouse, Esq.

    I further certify that on August 26th, 2020, I caused a true and accurate copy of the foregoing instrument to be placed in the U.S. Mail with proper postage affixed thereon and mailed to:

Robert Wirtz, Jr.
#198927
NFCC 1605 E. Main
Sayre, OK 73662

Kent Morlan, Esq.
601 South Boulder, Suite 600
Tulsa, OK 74119

_____
Jo Lynn Jeter