IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROBERT WIRTZ, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-599- GKF-FHM |
| | ) | |
| SHERIFF VIC REGALADO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Robert Wirtz, by and through his attorney Kent Morlan, and Defendants, Board of County Commissioners of Tulsa County ("BOCC") and Sheriff Vic Regalado, in his official capacity, by and through their attorney, Mike Shouse, jointly stipulate to the dismissal of all claims against the above named Defendants with prejudice. This stipulation of dismissal with prejudice includes all matters in this proceeding relating to Sheriff Vic Regalado and the BOCC, and their related entities, including, any of their former and present officers, employees and/or agents. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

Kent Morlan, OBA No. 6412
406 S. Boulder, Suite 400
Tulsa OK, 74103
(918) 582-5544 | kent@morelaw.com
Attorney for Plaintiff Robert Wirtz

/s/ Mike Shouse
Mike Shouse, OBA No. 33610
Tulsa County District Attorney's Office
500 S. Denver, Ste. 900
Tulsa, OK 74103
(918) 596-4825 | mshouse@tulsacounty.org
Attorney for Defendants

## CERTIFICATE OF ELECTRONIC NOTICE

I hereby certify that on September 24, 2020, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and the following attorneys in this case:

- Joel Wohlgemuth
- Jo Lynn Jeter
- Barret Powers
- Alfred Kent Morlan

/s/ Mike Shouse
Mike Shouse